DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE LEE BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0603

[June 18, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 502016CF005979AXXXMB.

Willie Lee Brown, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHAW and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***